# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

NOE SANCHEZ ET AL.
            Plaintiff (s),
V.
JAMES A. PUGLIESE PAINTING, INC., ET AL
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C07-00410 PJH

Notice is hereby given that, subject to approval by the court, __BACILIO HERNANDEZ__ substitutes
(Party (s) Name)

__LAW OFFICES OF JAMES DAL BON__, State Bar No. __157942__ as counsel of record in
(Name of New Attorney)

place of __DAL BON & WANG, ADAM WANG__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LAW OFFICES OF JAMES DAL BON |
| Address: | 28 NORTH 1ST SUITE 210, SAN JOSE, CA 95113 |
| Telephone: | (408) 297-4729       Facsimile (408) 297-4728 |
| E-Mail (Optional): | jdblaw@earthlink.net |

I consent to the above substitution.
Date: 1/28/2008
           *Bacilio Hernandez*
           (Signature of Party (s))

I consent to being substituted.
Date: 1/28/2008
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/28/2008
           *James Dal Bon*
           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/7/08
           Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

NOE SANCHEZ ET AL.
                Plaintiff (s),

V.

JAMES A. PUGLIESE PAINTING, INC., ET AL
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C07-00410 PJH

Notice is hereby given that, subject to approval by the court, __GAVINO HERNANDEZ__ substitutes
                                                                    (Party (s) Name)

__LAW OFFICES OF JAMES DAL BON__, State Bar No. __157942__ as counsel of record in
       (Name of New Attorney)

place of __DAL BON & WANG, ADAM WANG__.
                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LAW OFFICES OF JAMES DAL BON |
| Address: | 28 NORTH 1ST SUITE 210, SAN JOSE, CA 95113 |
| Telephone: | (408) 297-4729     Facsimile (408) 297-4728 |
| E-Mail (Optional): | jdblaw@earthlink.net |

I consent to the above substitution.

Date: 1/28/2008      _Gavino HERNANDEZ_
                                                  (Signature of Party (s))

I consent to being substituted.

Date: 1/28/2008
                                                 (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/28/2008
                                                 (Signature of New Attorney)
                                       James Dal Bon

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/7/08                                                 Judge

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

NOE SANCHEZ ET AL.
                      Plaintiff (s),

V.

JAMES A. PUGLIESE PAINTING, INC., ET AL
                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C07-00410 PJH

Notice is hereby given that, subject to approval by the court, __RAMON GRESS__ substitutes
                                                                                                                                                                                        (Party (s) Name)

__LAW OFFICES OF JAMES DAL BON__, State Bar No. __157942__ as counsel of record in
(Name of New Attorney)

place of __DAL BON & WANG, ADAM WANG__
                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     LAW OFFICES OF JAMES DAL BON
    Address:        28 NORTH 1ST SUITE 210, SAN JOSE, CA 95113
    Telephone:     (408) 297-4729     Facsimile (408) 297-4728
    E-Mail (Optional):     jdblaw@earthlink.net

I consent to the above substitution.
Date:     1/28/2008                                               *Ramon Gress*
                                                                                          (Signature of Party (s))

I consent to being substituted.
Date:     1/28/2008
                                                                                                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     1/28/2008
                                                                                                           (Signature of New Attorney)
                                                                               *James Dal Bon*

The substitution of attorney is hereby approved and so ORDERED.

Date:     2/7/08                                                                                  Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

NOE SANCHEZ ET AL.
    Plaintiff(s),
V.
JAMES A. PUGLIESE PAINTING, INC., ET AL
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C07-00410 PJH

Notice is hereby given that, subject to approval by the court, __NOE SANCHEZ__ substitutes
(Party(s) Name)

__LAW OFFICES OF JAMES DAL BON__, State Bar No. __157942__ as counsel of record in
(Name of New Attorney)

place of __DAL BON & WANG, ADAM WANG__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: LAW OFFICES OF JAMES DAL BON
    Address: 28 NORTH 1ST SUITE 210, SAN JOSE, CA 95113
    Telephone: (408) 297-4729     Facsimile (408) 297-4728
    E-Mail (Optional): jdblaw@earthlink.net

I consent to the above substitution.
Date: 1/28/2008
(Signature of Party(s))

I consent to being substituted.
Date: 1/28/2008
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/28/2008
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/7/08

Judge    *IT IS SO ORDERED / Judge Phyllis J. Hamilton*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]