Rolando Pasquali
Attorney at Law (Bar No. 106836)
1220 Howard Avenue, Suite 230
Burlingame, California 94010
(650)579-0100

Attorney for: Defendants James Pugliese and James A. Pugliese Painting, Inc. erroneously sued as James A. Pugiese Painting, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE SANCHEZ, RAMON GRESS, GABINO HERNANDEZ, BACILIO HERNANDEZ<br>Plaintiffs,<br>vs.<br>JAMES A. PUGIESE PAINTING, INC. JAMES PUGLIESE and DOES 1-10<br>Defendants, | Case No. C 07-00410 PJH<br><br>VOLUNTARY DISMISSAL FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii) AND ORDER |

The parties, having resolved the underlying dispute, hereby stipulate to dismissal of this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii), each side to bear its own costs and its own attorney's fees.

Dated: February 13, 2008

_____
James Dal Bon, Law Offices of James Dal Bon
On behalf of all Plaintiffs

Dated February 13, 2008

_____
Rolando Pasquali, Attorney of behalf of all Defendants

IT IS SO ORDERED
/s/ Phyllis J. Hamilton
Judge Phyllis J. Hamilton

2/14/08

Voluntary Dismissal     1